IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| EVA M. BARRERA, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 1:06-CV-017-C |
| § | ECF |
| § | |
| MICHAEL J. ASTRUE[1], § | |
| Commissioner of Social Security, § | |
| § | |
| Defendant. § | |

## ORDER

**THIS MATTER** comes before the court on the Report and Recommendation filed August 21, 2007 (Doc. 27). No written objections have been filed.

**IT IS, THEREFORE, ORDERED** that the findings and conclusions in the Report and Recommendation are **ADOPTED** as the findings and conclusions of the court and that this cause is reversed and remanded to the Commissioner for further proceedings pursuant to 405 U.S.C. § 405(g). Upon remand the ALJ should further consider and describe the limitations imposed by Plaintiff's impairments on her ability to perform the requirements of work activity, specifically standing, indicate the medical evidence of record describing Plaintiff's ability to perform such work activity, and more clearly indicate the weight given to the opinion of Dr. Simonsen.

Dated September 6, 2007.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT

---

[1] Michael J. Astrue has been appointed as the new Commissioner of Social Security, effective February 12, 2007, and is therefore substituted as Defendant in this matter for Jo Anne B. Barnhart, per FED. R. CIV. P. 25(d)(1).